**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JORGE LUIS HERNANDEZ VILLAZON | ) Case No. 8:25MJ2295SPF |
| Defendant | ) |



## ARREST WARRANT

JUN 20 2025 AM 10:13
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JORGE LUIS HERNANDEZ VILLAZON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud, in violation of 18 U.S.C. § 1349.

Date: 6/12/2025

*Issuing officer's signature*

City and state: Tampa, FL

Sean P. Flynn, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12 June 25, and the person was arrested on *(date)* 18 June 25
at *(city and state)* W. Palm Beach, FL.

Date: 18 June 25

*Arresting officer's signature*

ORTIZ, Frank A. DUSM
*Printed name and title*
M/FL - TAMPA